UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 1:07-CR-29

v.

HON. ROBERT HOLMES BELL

SHAQUANN QUAVUS BRANSON,

    Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Defendant's Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2) (docket #154). Based on a review of Defendant's motion, the Sentence Modification Report, submissions by counsel for the Defendant and for the Government, and the original criminal file, the Court has determined that the motion should be denied as follows:

Defendant was sentenced on Count 8 of a Superseding Indictment charging Possession with Intent to Distribute 5 Grams or More of Cocaine Base in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B)(iii). Defendant's sentence was later reduced upon the filing of a motion pursuant to Fed. R. Crim P. 35(b). Defendant was sentenced as a career offender within the meaning of U.S.S.G. § 4B1.1(a). As such, defendant is ineligible for a reduction in sentence. Accordingly,

Defendant's Motion for Modification or Reduction of Sentence (docket #154) is **DENIED**.

Date:   April 1, 2011                          /s/ Robert Holmes Bell
                                                              ROBERT HOLMES BELL
                                                              UNITED STATES DISTRICT JUDGE